Daniel I. Aquino (NSBN 12682)
Emily Dubansky (NSBN 16228)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
daquino@mcdonaldcarano.com
edubansky@mcdonaldcarano.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KAYLA GAGNON,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>REVIVE HEALTH SENIOR CARE MANAGEMENT, LLC, a domestic limited liability company, doing business as ALTA SKILLED NURSING AND REHABILITATION CENTER; and DOES I-XX inclusive,<br><br>　　　　　Defendant. | Case No. 3:25-cv-00035-CSD<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT'S DEADLINE TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>**(First Request)** |

Defendant Revive Health Senior Care Management, LLC doing business as Alta Skilled Nursing and Rehabilitation Center ("Revive" or "Defendant") and Plaintiff Kayla Gagnon ("Gagnon" or "Plaintiff"), by and through their respective counsel of record, hereby agree, stipulate and respectfully request that the Court extend the deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint by fourteen (14) days, from February 14, 2025 to February 28, 2025. This is the first request to extend this deadline. The parties agree to the extension to permit Plaintiff time to amend her Complaint and Defendant time to fully evaluate the allegations in the Amended Complaint and prepare an appropriate response.

The undersigned represent that this stipulation is not designed for purposes of delay.

Dated: February 12, 2025.

| McDONALD CARANO LLP | JEPSEN LAW, PLLC |
|---|---|
| By: */s/ Daniel I. Aquino*<br>    Daniel I. Aquino (NSBN 12682)<br>    Emily Dubansky (NSBN 16228)<br>    McDONALD CARANO LLP<br>    2300 West Sahara Avenue, Suite 1200<br>    Las Vegas, Nevada 89102<br>    Telephone: (702) 873-4100<br>    daquino@mcdonaldcarano.com<br>    edubansky@mcdonaldcarano.com<br><br>*Attorneys for Defendant* | By: */s/ Kendra J. Jepsen*<br>    Kendra J. Jepsen (NSBN 14065)<br>    405 Marsh Avenue<br>    Reno, Nevada 89509<br>    Telephone: (775) 376-7070<br>    kendra@jepsenlawnv.com<br><br>*Attorney for Plaintiff* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 13, 2025

2