Daniel I. Aquino (NSBN 12682)
Emily Dubansky (NSBN 16228)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
daquino@mcdonaldcarano.com
edubansky@mcdonaldcarano.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KAYLA GAGNON,<br><br>    Plaintiff,<br><br>v.<br><br>REVIVE HEALTH SENIOR CARE MANAGEMENT, LLC, a domestic limited liability company, doing business as ALTA SKILLED NURSING AND REHABILITATION CENTER; and DOES I-XX inclusive,<br><br>    Defendant. | Case No. 3:25-cv-00035-ART-CSD<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEFENDANT'S DEADLINE TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>**(Fourth Request)** |

Defendant Revive Health Senior Care Management, LLC doing business as Alta Skilled Nursing and Rehabilitation Center ("Revive" or "Defendant") and Plaintiff Kayla Gagnon ("Gagnon" or "Plaintiff"), by and through their respective counsel of record, hereby agree, stipulate and respectfully request that the Court extend the deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint by seven (7) days, from April 15, 2025 to April 22, 2025.

This is the fourth request to extend this deadline. The parties most recently requested that the Court extend the deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint from March 14, 2025 to April 15, 2025, which the Court approved on March 14, 2025. ECF No. 18. Since that date, counsel for Plaintiff has confirmed that she represents a second party who will be asserting additional claims against Defendant, and will shortly be filing an Amended Complaint

1  to include this second plaintiff's claims.  Counsel for Plaintiff has also provided a formal settlement
2  demand to counsel for Defendant.
3      The parties request a brief extension of seven (7) days for Defendant to answer or otherwise
4  respond to the original Complaint because Plaintiff's counsel is prepared to file the Amended
5  Complaint within that time period.  Once Plaintiff's counsel files the Amended Complaint, the
6  responsive pleading deadline for the Amended Complaint will become the operative deadline.  The
7  parties intend to explore the possibility of global settlement discussions (including the second
8  plaintiff's claims) immediately following the filing of the Amended Complaint.
9      The undersigned represent that this stipulation is not designed for purposes of delay.
10     Dated: April 15, 2025.

11  McDONALD CARANO LLP              JEPSEN LAW, PLLC

12  By: */s/ Daniel I. Aquino*              By: */s/ Kendra J. Jepsen*
     Daniel I. Aquino (NSBN 12682)         Kendra J. Jepsen (NSBN 14065)
13   Emily Dubansky (NSBN 16228)           405 Marsh Avenue
     McDONALD CARANO LLP                   Reno, Nevada 89509
14   2300 West Sahara Avenue, Suite 1200   Telephone: (775) 376-7070
15   Las Vegas, Nevada 89102               kendra@jepsenlawnv.com
     Telephone: (702) 873-4100
16   daquino@mcdonaldcarano.com            *Attorney for Plaintiff*
     edubansky@mcdonaldcarano.com
17

18  *Attorneys for Defendant*

19

20                                         IT IS SO ORDERED:

21                                         _____C S_____

22                                         UNITED STATES MAGISTRATE JUDGE

23                                         DATED: April 16, 2025

2