Daniel I. Aquino (NSBN 12682)
Emily Dubansky (NSBN 16228)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
daquino@mcdonaldcarano.com
edubansky@mcdonaldcarano.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KAYLA GAGNON and LAUREN COLON,<br><br>Plaintiffs,<br><br>v.<br><br>REVIVE HEALTH SENIOR CARE MANAGEMENT, LLC, a domestic limited liability company, doing business as ALTA SKILLED NURSING AND REHABILITATION CENTER; and DOES I-XX inclusive,<br><br>Defendant. | Case No. 3:25-cv-00035-ART-CSD<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT'S DEADLINE TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>**(First Request)** |

Defendant Revive Health Senior Care Management, LLC doing business as Alta Skilled Nursing and Rehabilitation Center ("Revive" or "Defendant") and Plaintiffs Kayla Gagnon and Lauren Colon ("Plaintiffs"), by and through their respective counsel of record, hereby agree, stipulate and respectfully request that the Court extend the deadline for Defendant to answer or otherwise respond to Plaintiffs' First Amended Complaint by 30 days, from May 6, 2025 to June 6, 2025.

While the Court previously granted extensions of the responsive pleading deadline for Plaintiff Gagnon's original Complaint, an Amended Complaint significantly revising the subject claims and adding Lauren Colon as a plaintiff was filed on April 22, 2025. This is the first request to extend the responsive pleading deadline for the Amended Complaint.

The parties request this extension for Defendant to answer or otherwise respond to the Amended Complaint because the parties are actively engaging in global settlement discussions. Counsel for Plaintiffs have provided a formal settlement demand to counsel for Defendant, and Defendant is in the process of preparing its response. The undersigned represent that this stipulation is not designed for purposes of delay.

Dated: May 6, 2025.

McDONALD CARANO LLP

By: */s/ Daniel I. Aquino*
    Daniel I. Aquino (NSBN 12682)
    Emily Dubansky (NSBN 16228)
    McDONALD CARANO LLP
    2300 West Sahara Avenue, Suite 1200
    Las Vegas, Nevada 89102
    Telephone: (702) 873-4100
    daquino@mcdonaldcarano.com
    edubansky@mcdonaldcarano.com

*Attorneys for Defendant*

JEPSEN LAW, PLLC

By: */s/ Kendra J. Jepsen*
    Kendra J. Jepsen (NSBN 14065)
    405 Marsh Avenue
    Reno, Nevada 89509
    Telephone: (775) 376-7070
    kendra@jepsenlawnv.com

*Attorney for Plaintiffs*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 7, 2025