Daniel I. Aquino (NSBN 12682)
Emily Dubansky (NSBN 16228)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
daquino@mcdonaldcarano.com
edubansky@mcdonaldcarano.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KAYLA GAGNON and LAUREN COLON,<br><br>Plaintiffs,<br><br>v.<br><br>REVIVE HEALTH SENIOR CARE MANAGEMENT, LLC, a domestic limited liability company, doing business as ALTA SKILLED NURSING AND REHABILITATION CENTER; and DOES I-XX inclusive,<br><br>Defendant. | Case No. 3:25-cv-00035-ART-CSD<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT'S DEADLINE TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>**(Second Request)** |

Defendant Revive Health Senior Care Management, LLC doing business as Alta Skilled Nursing and Rehabilitation Center ("Revive" or "Defendant") and Plaintiffs Kayla Gagnon and Lauren Colon ("Plaintiffs"), by and through their respective counsel of record, hereby agree, stipulate and respectfully request that the Court extend the deadline for Defendant to answer or otherwise respond to Plaintiffs' First Amended Complaint by 30 days, from June 6, 2025 to July 7, 2025.

The Court previously granted an extension of Defendant's deadline to respond to the Amended Complaint from May 6, 2025 to June 6, 2025. This is the second request to extend the responsive pleading deadline for the Amended Complaint.

The parties request this extension for Defendant to answer or otherwise respond to the Amended Complaint because the parties are continuing to actively engage in global settlement discussions. Counsel for both parties have exchanged settlement proposals, and are continuing to engage in negotiations. The undersigned represent that this stipulation is not designed for purposes of delay.

Dated: June 3, 2025.

| McDONALD CARANO LLP | JEPSEN LAW, PLLC |
|---|---|
| By: */s/ Daniel I. Aquino* <br> Daniel I. Aquino (NSBN 12682) <br> Emily Dubansky (NSBN 16228) <br> McDONALD CARANO LLP <br> 2300 West Sahara Avenue, Suite 1200 <br> Las Vegas, Nevada 89102 <br> Telephone: (702) 873-4100 <br> daquino@mcdonaldcarano.com <br> edubansky@mcdonaldcarano.com <br><br> *Attorneys for Defendant* | By: */s/ Kendra J. Jepsen* <br> Kendra J. Jepsen (NSBN 14065) <br> 405 Marsh Avenue <br> Reno, Nevada 89509 <br> Telephone: (775) 376-7070 <br> kendra@jepsenlawnv.com <br><br> *Attorney for Plaintiffs* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 4, 2025

2