# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KAYLA GAGNON and LAUREN COLON,<br><br>Plaintiffs,<br><br>v.<br><br>REVIVE HEALTH SENIOR CARE MANAGEMENT, LLC, a domestic limited liability company, doing business as ALTA SKILLED NURSING AND REHABILITATION CENTER; and DOES I-XX inclusive,<br><br>Defendant. | Case No. 3:25-cv-00035-ART-CSD<br><br>**ORDER GRANTING**<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Defendant Revive Health Senior Care Management, LLC doing business as Alta Skilled Nursing and Rehabilitation Center ("Revive" or "Defendant") and Plaintiffs Kayla Gagnon and Lauren Colon ("Plaintiffs") jointly stipulate and agree for the dismissal with prejudice of the above-referenced action in its entirety.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  Each party shall bear their own respective fees, costs and expenses.

2  Dated: December 5, 2025.

| | |
|---|---|
| McDONALD CARANO LLP | JEPSEN LAW, PLLC |
| By: */s/ Daniel I. Aquino* <br> Daniel I. Aquino (NSBN 12682) <br> Emily Dubansky (NSBN 16228) <br> McDONALD CARANO LLP <br> 2300 West Sahara Avenue, Suite 1200 <br> Las Vegas, Nevada 89102 <br> Telephone: (702) 873-4100 <br> daquino@mcdonaldcarano.com <br> edubansky@mcdonaldcarano.com <br><br> *Attorneys for Defendant* | By: */s/ Kendra J. Jepsen* <br> Kendra J. Jepsen (NSBN 14065) <br> 405 Marsh Avenue <br> Reno, Nevada 89509 <br> Telephone: (775) 376-7070 <br> kendra@jepsenlawnv.com <br><br> *Attorney for Plaintiffs* |

**IT IS SO ORDERED.**

_____
Anne R. Traum
United States District Judge

DATED: December 8, 2025